IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MANUEL RAUL REYO PENA GARCIA MONTERO, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) ) ) ) ) ) ) ) No. 08-3157 ) ) ) ) ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (d/e 1). The Court now makes the initial consideration of Petitioner's Petition under Rule 4 of the Rules Governing § 2255 Cases.

After a review of the Petition, this Court finds that a summary dismissal is warranted. The Petition is incomprehensible and fails to allege any claim for relief. Further, the Court did not impose the sentence on the Petitioner. Therefore, venue is not proper in this Court. 28 U.S.C. § 2255(a).

1

THEREFORE, the Motion is dismissed.  The Clerk is directed to notify the Petitioner.  This case is closed.

IT IS THEREFORE SO ORDERED.

ENTER:  July 25, 2008

    FOR THE COURT:

                          s/ Jeanne E. Scott
                          JEANNE E. SCOTT
                          UNITED STATES DISTRICT JUDGE